UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLAYTON FRANKLIN, as administrator
of the estate of Cody J. Franklin                                                                    PLAINTIFF

v.                                     No. 2:17-CV-02016

NATHAN GRIFFITH and JOSEPH GRIFFITH                                                DEFENDANTS

**ORDER**

On May 15, 2020, the United States Court of Appeal for the Eighth Circuit issued its mandate (Doc. 92) directing this Court to grant judgment for Defendants Nathan Griffith and Joseph Griffith.  The Court of Appeals held that the Griffiths should have qualified immunity from federal constitutional claims.  The Court of Appeals also directed this Court to determine whether it should continue to exercise supplemental jurisdiction over his state law claims, or whether it should instead decline jurisdiction and dismiss those claims without prejudice to allow them to be pursued in state court.  Because claims against the Griffiths are being dismissed pretrial on the basis of qualified immunity, the Court should decline jurisdiction. 28 U.S.C. § 1367(c)(3); *Keating v. Neb. Pub. Power Dist.*, 660 F.3d 1014, 1018–19 (8th Cir. 2011).

IT IS THEREFORE ORDERED that judgment will issue separately dismissing Plaintiff's federal claims with prejudice and his state claims without prejudice.

IT IS SO ORDERED this 28th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE