UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLAYTON FRANKLIN, as administrator
of the estate of Cody J. Franklin                                                    PLAINTIFF

v.                                          No. 2:17-CV-02016

NATHAN GRIFFITH and JOSEPH GRIFFITH                                    DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's federal claims are

DISMISSED WITH PREJUDICE and his state claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE